**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ANDREA ESPINOSA,

Plaintiff,

v.

WAL-MART ASSOCIATES, Inc.,

Defendant.

No. 2:26-cv-1741-DAD-ICD

ORDER

The Court has reviewed the Stipulation Regarding Production of Confidential Documents and Proprietary Information, ECF No. 9, filed by Defendant WAL-MART ASSOCIATES, INC. and Plaintiff ANDREA ESPINOSA, through their counsel of record, requesting that the Court enter an Order.

Accordingly, IT IS ORDERED that the Court shall adopt the Stipulation.

Dated: November 5, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE